UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-3010-NYW

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| CIMARRON HOLDINGS, LLC, a Colorado limited liability company; and | : |
| | : |
| ALVARADO CONCEPTS, LLC, a Colorado limited liability company; | : |
| | : |
| Defendants. | : |

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  February 22, 2019

Respectfully submitted,

*s/Robert J. Vincze*_____
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

_s/ Steve A. Miller_____
Steve A. Miller
Scott C. Fanning
FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
smiller@fisherphillips.com
sfanning@fisherphillips.com

*Attorneys for Defendants*